IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RON NORTHRUP,

      Plaintiff,                                 CIV S-08-1322 KJM

    vs.

MICHAEL J. ASTRUE,                    ORDER AND
Commissioner of Social Security,      FINDINGS AND RECOMMENDATIONS

      Defendant.
_____/

        Plaintiff has requested authority under 28 U.S.C. § 1915 to proceed in forma pauperis. Plaintiff has submitted the affidavit required by § 1915(a) showing that plaintiff is unable to prepay fees and costs or give security for them. Accordingly, the request to proceed in forma pauperis will be granted. 28 U.S.C. § 1915(a).

        In the complaint, Plaintiff, an incarcerated person proceeding pro se, seeks relief directing the Commissioner of Social Security to pay plaintiff Supplemental Security Income "SSI" monthly benefits of fifty dollars. As an incarcerated person, plaintiff is not entitled to SSI. See Butler v. Apfel, 144 F.3d 622 (9th Cir. 1998) (no constitutional infirmity in statute disallowing payment of social security benefits to incarcerated persons); see also Dep't Health & Human Serv. v. Chater, 163 F.3d 1129 (9th Cir. 1998). Accordingly, this action should be dismissed.

1

1  Plaintiff also requests the appointment of counsel. Given the lack of merit in
2 plaintiff's action, the appointment of counsel is not warranted.
3  In accordance with the above, IT IS HEREBY ORDERED that:
4  1. Plaintiff's request to proceed in forma pauperis is granted;
5  2. Plaintiff's request for appointment of counsel is denied;
6  3. The Clerk of Court is directed to assign a district judge to this action; and
7  IT IS HEREBY RECOMMENDED that this action be dismissed.
8  These findings and recommendations are submitted to the United States District
9 Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l). Within ten
10 days after being served with these findings and recommendations, any party may file written
11 objections with the court and serve a copy on all parties. Such a document should be captioned
12 "Objections to Magistrate Judge's Findings and Recommendations." Any reply to the objections
13 shall be served and filed within ten days after service of the objections. The parties are advised
14 that failure to file objections within the specified time may waive the right to appeal the District
15 Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).
16 DATED: June 20, 2008.

_____
U.S. MAGISTRATE JUDGE

18 006
northrop.ss

2